**3**

John P. HARDEE v. STATE.　(No. 8983.)

(Court of Criminal Appeals of Texas. Dec. 3, 1924.) Appeal from District Court, Johnson County; Irwin T. Ward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Johnson county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without bills of exception or statement of facts. Appellant pleaded guilty, and as far as the record reveals was appropriately warned and entered his plea to an indictment which charges an offense in conformity with law. No error appearing, the judgment will be affirmed.

---

**4**

Silas KENNEDY v. STATE.　(No. 9104.)

(Court of Criminal Appeals of Texas. Dec. 3, 1924.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The unlawful sale of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year. A plea of guilty was entered. No statement of facts accompanies the record, nor is there complaint of any ruling of the trial court preserved by bill of exceptions. No reason for a reversal has been perceived. The judgment is affirmed.